## SEYMOUR *v.* DELANCEY, 3 Cow. 445.

### In Ch. 6 J. C. R. 222.

### *Imposition in Exchange of Lands.*

THIS case, though involving some application of the principles on which courts of equity will decline to decree specific performance, where inadequacy of price alone, is the ground of the vendor's objection to a decree, turns so exclusively upon the different views taken by the Chancellor and a majority of the court, as to the *evidence* in the case, in respect to the inadequacy of price and the habits and fitness of vendor to transact business at the time of the contract for the exchange of lands, which was the subject matter of the suit, that it is thought that this general reference to its nature will be sufficient.

The decree of Chancellor refusing to decree specific performance was *reversed*, 14 to 10.